# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMIE DEMPSEY,                          :
                                        :
                    Plaintiff           :
                                        :        Case Number 3:05-CV-1363
          V.                            :
                                        :        Judge Caputo
HORACE REED and                         :
JUSTIN KLINESMITH                       :
                                        :
                    Defendants          :

## JUDGMENT

IT IS ORDERED AND ADJUDGED that  Judgment be and hereby is entered in favor of Plaintiff, Jamie Dempsey, and against Defendants, Horace Reed and Justin Klinesmith, jointly and severally, in the amount of $387,120.00, plus costs of suit.


Date: February 28, 2007                 Mary E. D'Andrea, Clerk of Court


                                        By: /s/ Holly Snell, Deputy Clerk